ß

## Audit - 22/27 81.48%

| Question | Response | Details |
|---|---|---|
| Are accessible spaces identified with a sign that include the International Symbol of Accessibility? [502.6a] | No \|[502.6a]\| | No signs |
|  Appendix 1    Appendix 2 | | |
| Is the bottom of each sign at least 60" inches above the ground? [502.6b] | No \|[502.6b]\| | No signs |
|  Appendix 3    Appendix 4 | | |
| Are there signs reading "Van Accessible" at van accessible spaces? [502.6c] | No \|[502.6c]\| | No signs |
|  Appendix 5    Appendix 6 | | |
| Are accessible spaces at least 8 feet wide? [502.2] | Yes | |
| Does every accessible space have an access aisle at least 5 feet wide? [502.3a] *Note that two spaces may share an access aisle between them | Yes | |

3A000050
ADA Compliance Inspection-Updated

| Question | Response | Details |
|---|---|---|
| Are the access aisles marked so as to discourage parking in them? [502.3.3] *Every accessible space must adjoin an access aisle that is marked/hashed to distinguish it as an access aisle. | Yes | |
| Do the access aisles adjoin an accessible route? [502.3b] | Yes | |
| Of the total parking spaces, are the accessible spaces located on the closest accessible route to the accessible entrance(s)? [208.3.1] *If parking serves multiple entrances, accessible parking should be dispersed. | Yes | |
| If the accessible route to the entrance crosses a curb, is there a curb ramp? [402.2] | Yes | |
| Is the curb ramp compliant? (less than 8.4 degrees) *Is the cross slope of the curb ramp, excluding flares, no steeper than 1:48? [405.3] | Yes | |
| Is the entry door equipped with hardware that is operable with one hand-- does not require tight grasping, pinching, or twisting of the wrist? [404.2.7] | Yes | |
| Are aisles and pathways to goods and services, and to one of each type of sales and service counters, at least 36 inches wide? [403.5.1a] | Yes | |
| Is there an accessible route to the accessible toilet room? [206.2.4] * Aisle/path with 36 inches of clearance | Yes | |
| Is the stall/bathroom door equipped with hardware that is operable with one hand -- does not require tight grasping, pinching, or twisting of the wrist? (including door handle and lock - if provided) [404.2.7b] | Yes | |

3A000050
ADA Compliance Inspection-Updated

| Question | Response | Details |
|----------|----------|---------|
| Can you enter the accessible stall while in the wheelchair?<br>*Is the door opening width at least 32 inches wide, between the face of the door and the stop, when the door is open 90 degrees? [604.7.1.2] | Yes | |
| Is there a clear path to at least one of each type of fixture, e.g. lavatory, hand dryer, etc., that is at least 36 inches wide? [403.5.1b] | Yes | |
| Is there a clearing of 30"x 48" unobstructed by the swing of the door? [603.2.3] | Yes | |
| Is the soap dispenser compliant?<br>A-No, Sink is less than 20 inches deep and the dispenser is mounted higher than 48 inches<br>B-No, Sink is more than 20 inches deep and the dispenser is mounted higher than 44 inches<br>C-No, the counter/sink is over 25 inches deep and dispenser is mounted over sink/counter<br>D- No, the dispenser is not over an obstruction and is mounted higher than 48 inches | Yes | |
| Is the paper towel dispenser compliant?<br>E-No, Sink is less than 20 inches deep and the dispenser is mounted higher than 48 inches<br>F-No, Sink is more than 20 inches deep and the dispenser is mounted higher than 44 inches<br>G-No, the counter/sink is over 25 inches deep and dispenser is mounted over the sink/counter<br>H-No, the dispenser is not over an obstruction and is mounted higher than 48 inches | Yes | |

| Question | Response | Details |
|---|---|---|
| Is the height of the toilet bowl between 17"-19"? <br> *Is the height of the water closet no less than 17 inches and no greater than 19 inches above the floor measured to the top of the seat? [604.4] | No \|[604.4]\| | |
|  <br> Appendix 7 | | |
| Is the toilet flush on the open side of the toilet? <br> *Is the flush control on the open side of the toilet? [604.6] | Yes | |
| If the mirror is over a lavatory or counter top , is the bottom edge of the reflecting surface no higher than 40 inches above the floor? <br> -OR- <br> If the mirror is not over the lavatory or counter top, is the bottom edge of the reflecting surface no higher than 35 inches above the floor? [603.3] | No \|[603.3]\| | |
|  <br> Appendix 8 | | |
| Is the top of the front of at least one sink shorter than 34" from the ground?*Is the front of the lavatory or counter surface, whichever is higher, no more than 34 inches above the floor? [606.3] | Yes | |

| Question | Response | Details |
|---|---|---|
| Is the bottom of at least one sink no lower than 27" from the ground and contain at least 8" of clearance from the front edge, to any obstruction , under the counter, for knee space?<br>*Is there at least 27 inches clearance from the floor to the bottom of the lavatory that extends at least 8 inches under the lavatory for knee clearance? [306.3.3] | Yes | |
| Can the faucet be operated without tight grasping, pinching, or twisting of the wrist? [606.4] | Yes | |
| Is there at least 1 sink where a chair can pull up under the sink? (With a clearing of 30"x48")<br>*Does at least one lavatory have a clear floor space for a forward approach at least 30 inches wide and 48 inches long? [606.2] | Yes | |
| Are the pipes under the sink, if exposed, insulated/padded or configured to protect against contact? [606.5] | Yes | |

Pictures of All violations/ or compliant locations



Appendix 9

# Media



Appendix 1



Appendix 2



Appendix 3



Appendix 4



Appendix 5



Appendix 6



Appendix 7



Appendix 8



Appendix 9





















312 METZLER DR
CASTLE ROCK, 80108
LORAC PROPERTIES INC

Account Number: **R0439858**
Account Type: **Commercial**
Actual Value: **$1,191,870.00**
Tax Rate: **6.5990%**
Legal Description: **LOT 2F METZLER
RANCH FILING 3 1ST AMENDMENT 0.98
AM/L**
Township & Range: **T7S & R67W**
Section: **26**

Assessment Details
Property Tax Details



# 312 METZLER DR #D    *(2017 Data)*    P0511316




## Account Information

| | | | |
|---|---|---|---|
| Owner Name: | KAI INC ATTN HYOK JU KIM - KAI | Actual Value: | $51,440 |
| Owner Address: | 312 METZLER DR STE D CASTLE ROCK, CO 80108 | Assessed Value: | $14,920 |
| | | Tax Rate: | 6.5990% |
| Property Type: | N/A | Estimated Taxes: | $985 |

## Building Information

| | | | |
|---|---|---|---|
| Style: | N/A | Basement Finished SqFt: | N/A |
| Main Square Footage: | 0 sqft | Basement Finished Percent: | 0% |
| Total Basement Area: | N/A | | |
| Total Finished Area: | 0 sqft | Garage Square Footage: | 0 sqft |
| Year Built: | N/A | Bedroom Count: | N/A |
| Stories: | N/A | Bathroom Count: | N/A |

## Location Description:

| | |
|---|---|
| Description: | N/A |
| Acreage: | 0 |
| State Parcel Number: | 2351-263-07-008 |

Account #: P0511316                St. Parcel #: 2351-263-07-008

## OFFICE OF THE SECRETARY OF STATE
## OF THE STATE OF COLORADO

# CERTIFICATE OF DOCUMENT FILED

I, Wayne W. Williams, as the Secretary of State of the State of Colorado, hereby certify that, according to the records of this office, the attached document is a true and complete copy of the

Report

with Document # 20161425571  of

**Kai Inc**

Colorado Corporation

(Entity ID # 20131401083  )

consisting of   2   pages.

This certificate reflects facts established or disclosed by documents delivered to this office on paper through 01/25/2017 that have been posted, and by documents delivered to this office electronically through 01/26/2017@ 10:18:18.

I have affixed hereto the Great Seal of the State of Colorado and duly generated, executed, and issued this official certificate at Denver, Colorado on 01/26/2017 @ 10:18:18 in accordance with applicable law. This certificate is assigned Confirmation Number  10041887      .



_____
Secretary of State of the State of Colorado

*************************************************End of Certificate*********************************************

*Notice: A certificate issued electronically from the Colorado Secretary of State's Web site is fully and immediately valid and effective. However, as an option, the issuance and validity of a certificate obtained electronically may be established by visiting the Validate a Certificate page of the Secretary of State's Web site, http://www.sos.state.co.us/biz/CertificateSearchCriteria.do entering the certificate's confirmation number displayed on the certificate, and following the instructions displayed. Confirming the issuance of a certificate is merely optional and is not necessary to the valid and effective issuance of a certificate. For more information, visit our Web site, http://www.sos.state.co.us/ click "Businesses, trademarks, trade names" and select "Frequently Asked Questions."*

**≡E-Filed**

Colorado Secretary of State
Date and Time: 06/23/2016 12:26 PM
ID Number: 20131401083

Document number: 20161425571
Amount Paid: $10.00

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

ABOVE SPACE FOR OFFICE USE ONLY

**Periodic Report**
filed pursuant to §7-90-301, et seq. and §7-90-501 of the Colorado Revised Statutes (C.R.S)

ID number:                                    20131401083

Entity name:                                  Kai Inc

Jurisdiction under the law of which the
entity was formed or registered:             Colorado

1. Principal office street address:          11963 E Lake Cir
                                             *(Street name and number)*

                                             Greenwood Village          CO    80111
                                             *(City)*                    *(State)*    *(Postal/Zip Code)*
                                                                         United States
                                             *(Province – if applicable)*    *(Country – if not US)*

2. Principal office mailing address:
   (if different from above)                 _____
                                             *(Street name and number or Post Office Box information)*

                                             _____
                                             *(City)*          *(State)*      *(Postal/Zip Code)*

                                             _____
                                             *(Province – if applicable)*    *(Country – if not US)*

3. Registered agent name:  (if an individual)  Kim              Hyok ju
                                             *(Last)*           *(First)*        *(Middle)*      *(Suffix)*

       or    (if a business organization)    _____

4. The person identified above as registered agent has consented to being so appointed.

5. Registered agent street address:          11963 E Lake Cir
                                             *(Street name and number)*

                                             Greenwood Village          CO    80111
                                             *(City)*                    *(State)*    *(Postal/Zip Code)*

6. Registered agent mailing address:
   (if different from above)                 _____
                                             *(Street name and number or Post Office Box information)*

                                             _____
                                             *(City)*          *(State)*      *(Postal/Zip Code)*

                                             _____
                                             *(Province – if applicable)*    *(Country – if not US)*