C

| | | |
|---|---|---|
| Plaintiff<br>VICKI MIZE | Plaintiff City<br>MONUMENT | Plaintiff State<br>COLORADO |
| Plaintiff Attorney | Record Number<br>3A000050 | Case Number<br>1:17-CV-00915-NYW |
| Alternative Tracking Number | Assign Attorney | Parcel Number<br>2351-263-07-008 |
| Court Status | Date of Inspection<br>11/29/2016 | Date of Filing |
| Filing Fee<br>0.00 | Service<br>Pending | Service Start Date<br>04/18/2017 |
| Service Fee<br>0.00 | Summary Judgement | Answer Status |
| Expiration Answer Period | Fee Cost Attorney | Fee Cost Third Party |
| General Status | Fee Cost Attorney Notes | Fee Cost Third Party Notes |
| General Notes | Defendant1 | Defendant2 |
| Defendant3 | Defendant4 | Defendant5 |

## Property Detail

| | | |
|---|---|---|
| **Property Address** | **Property City** | **Property State** |
| 312 METZLER RD SUITE D CASTLE ROCK | | CO |
| **Property County** | **Property Zip** | **Location Type** |
| DOUGLAS | 80108 | |

## Defendant Attorney Detail

| | | |
|---|---|---|
| **Defendant Attorney** | **Defendant Attorney Organization** | **Defendant Attorney Email** |
| **Defendant Attorney Phone** | **Defendant Attorney Address1** | **Defendant Attorney Address2** |
| **Defendant Attorney City** | **Defendant Attorney State** | **Defendant Attorney County** |
| **Defendant Attorney Zipcode** | | |

1/16/2018                                          Case Detail

## Property Owners

| Name | Mailing Address | Mailing City | Mailing State | Mailing County | Zipcode | Email |
|---|---|---|---|---|---|---|
| KAI, INC. DBA SA WA RA | C/O HYOK JU KIM- KAI, 312 METZLER DR, SUITE D | CASTLE ROCK | CO | | 80108 | |

## Settlement Detail

| Settlement Status | Settlement Offer Amount | Settlement Offer Date |
|---|---|---|
| | 0.00 | |

| Settlement Amount | Settlement Manager |
|---|---|
| 0.00 | |

## Case Files

| File Type | File Name | Size | Description |
|---|---|---|---|
| Photos & Investigation | 2BB5E428-91E5-43E6-B2E5-3524630DA077.jpg | 1,124.18 KB | |
| Photos & Investigation | 5C0ACEE7-8A5D-40A9-8753-6F8B410D0A4C.jpg | 1,070.08 KB | |
| Photos & Investigation | 8D15AE69-E960-4009-A506-F00799FD7E66.jpg | 1,070.08 KB | |
| Photos & Investigation | 84A88A59-42A2-44D4-ACC2-4750FB0979DF.jpg | 1,037.56 KB | |
| Photos & Investigation | 8673C283-5385-4698-8B0F-3A7F2EACD89E.jpg | 982.40 KB | |
| Photos & Investigation | 13539CB6-2938-4AF6-BD92-B133A4EA7338.jpg | 1,070.08 KB | |
| Photos & Investigation | A157ACFF-EF0F-41B1-A9F4-4EB3018534ED.jpg | 1,124.18 KB | |
| Photos & Investigation | ASSESSOR.pdf | 90.42 KB | |

| File Type | File Name | Size | Description |
|---|---|---|---|
| Photos & Investigation | audit_0065C8A8E1C84FAAA7FDF8B119BDCAF4.csv | 12.08 KB | |
| Photos & Investigation | B457FBD6-91B4-4D29-974F-62FD32177403.jpg | 5,417.47 KB | |
| Photos & Investigation | CORP DOC.pdf | 323.26 KB | |
| Photos & Investigation | D089C9BC-0C45-4610-BD7D-FE7A111B5186.jpg | 1,124.18 KB | |
| Photos & Investigation | Parking Inspection Report AD.pdf | 1,196.24 KB | |
| Photos & Investigation | PLAT MAP.PNG | 1,862.41 KB | |
| Photos & Investigation | STREET VIEW.PNG | 1,284.43 KB | |
| Pleadings & Motions | Doc 1- Complaint.pdf | 403.94 KB | |
| Pleadings & Motions | Doc 1-1- Cover Sheet.pdf | 799.09 KB | |
| Pleadings & Motions | Doc 1-2- Purposed Summons.pdf | 166.80 KB | |
| Pleadings & Motions | Doc 2- Case Assigned to Judge.pdf | 66.31 KB | |
| Pleadings & Motions | Doc 3- Signed Summons.pdf | 76.30 KB | |
| Pleadings & Motions | Doc 3-1 Consent Magistrate Judge Blank.pdf | 65.67 KB | |
| Pleadings & Motions | Doc 4- Judge Memorandum.pdf | 19.56 KB | |
| Pleadings & Motions | Doc 5- Case Assigned to Judge.pdf | 70.96 KB | |
| Pleadings & Motions | Doc 7- Order Setting Scheduling Order.pdf | 40.93 KB | |
| Pleadings & Motions | Untitled Extract Pages.pdf | 305.48 KB | |

| File Type | File Name | Size | Description |
|---|---|---|---|
| Pleadings & Motions | Complaint.pdf | 382.66 KB | |
| Pleadings & Motions | Cover Sheet.pdf | 783.32 KB | |
| Pleadings & Motions | Summons.pdf | 152.89 KB | |
| Correspondence | 2017-5-11 Email from Patterson.pdf | 138.90 KB | |
| Correspondence | 2017-5-12 Email to Patterson.pdf | 448.38 KB | |
| Correspondence | 2017-5-21 Email from Patterson.pdf | 149.73 KB | |
| Correspondence | 2017-5-22 Email from Stamper.pdf | 167.44 KB | |
| Correspondence | 2017-5-22 Email to Legal Team.pdf | 90.15 KB | |
| Pleadings & Motions | Doc – Declaration of Service.pdf | 605.91 KB | |
| Correspondence | 2017-5-25 Email from Stamper.pdf | 237.49 KB | |
| Correspondence | 2017-5-26 Email to Patterson.pdf | 208.07 KB | |
| Pleadings & Motions | Doc 14- Schedulling Order.pdf | 121.43 KB | |
| Pleadings & Motions | Doc 13- Order Referring.pdf | 24.53 KB | |
| Pleadings & Motions | Doc 12- Case Assigned to Magistrate .pdf | 81.58 KB | |
| Pleadings & Motions | Doc 8- Notice of Appearance.pdf | 58.14 KB | |
| Pleadings & Motions | Doc 10- Motion for Extension.pdf | 199.43 KB | |
| Pleadings & Motions | Doc 11- Motion for Extension.pdf | 37.41 KB | |
| Pleadings & Motions | Election_of_Consent_or_Non-Consent_Form - Sa Wa Ra.docx | 19.89 KB | |
| Pleadings & Motions | Election_of_Consent_or_Non-Consent_Form - Sa Wa Ra.pdf | 11.88 KB | |
| Pleadings & Motions | Doc 0- Notice of Filing Consent to Magistrate.pdf | 142.33 KB | |

| File Type | File Name | Size | Description |
|---|---|---|---|
| Pleadings & Motions | Doc 12- Consent to Magistrate Judge.pdf | 28.90 KB | |
| Pleadings & Motions | Proposed Scheduling Order Mize v Kai Inc 00915.docx | 60.37 KB | |
| Pleadings & Motions | Proposed Scheduling Order Mize v Kai Inc 00915.pdf | 42.05 KB | |
| Pleadings & Motions | Doc 10- Unopposed Motion for Extension of Time.pdf | 103.55 KB | |
| Other | Doc 1- Complaint.pdf | 405.55 KB | |
| Other | Doc 10- Unopposed Motion for Extension of Time to Respond.pdf | 103.55 KB | |
| Other | Doc 14- Proposed Scheduling Order.pdf | 61.14 KB | |
| Other | NYW_Civil_Practice_Standards re Scheduling Conferences.pdf | 284.37 KB | |
| Other | Plaintiff's Initial Disclosures.pdf | 137.77 KB | |
| Pleadings & Motions | Doc 17- Motion to Dismiss For lack.pdf | 199.16 KB | |
| Pleadings & Motions | Doc 17_1- Proposed Order to Dismiss.pdf | 104.11 KB | |
| Pleadings & Motions | Doc 17_2- Exhibit A- Photograph of Parking Lot.pdf | 2,030.25 KB | |
| Pleadings & Motions | Doc 17_3- Exhibit B- Photograph of Parking signs.pdf | 2,120.33 KB | |
| Pleadings & Motions | Doc 17_4- Exhibit C- Photographs of Restroom Doors.pdf | 1,324.02 KB | |
| Pleadings & Motions | Doc 17_5- Exhibit D- Photograph of Toilet Measurement.pdf | 1,216.30 KB | |
| Pleadings & Motions | Doc 17_6- Exhibit E- Photograph of Toilet Height.pdf | 2,301.11 KB | |
| Pleadings & Motions | Untitled Extract Pages.pdf | 592.41 KB | |
| Correspondence | 2017-6-21 Email to Patterson.pdf | 173.09 KB | |
| Correspondence | 2017-6-21 Email from Patterson.pdf | 114.41 KB | |
| Correspondence | 2017-6-28 Email to Patterson.pdf | 213.82 KB | |

| File Type | File Name | Size | Description |
|---|---|---|---|
| Pleadings & Motions | Doc 21- Response to Motion to Dismiss.pdf | 436.65 KB | |
| FILINGS | Doc 24- Stipulation for Extension of Time.pdf | 255.03 KB | |
| FILINGS | Doc 24.1- Proposed Order.pdf | 27.55 KB | |
| FILINGS | Doc 25- Notice of Service.pdf | 28.43 KB | |
| FILINGS | Doc 25.1- Exhibit A.pdf | 269.51 KB | |
| FILINGS | Doc 26- Order Granting Motion for Order.pdf | 75.93 KB | |
| FILINGS | Doc 27- Surreply.pdf | 366.78 KB | |
| FILINGS | Doc 27_1 Exhibit A.pdf | 2,030.91 KB | |
| FILINGS | Doc 28- Memorandum Opinion and Order Denying Motion to Dismiss.pdf | 99.28 KB | |
| FILINGS | Doc 28_1 Exhibit.pdf | 78.70 KB | |
| FILINGS | Doc 29- Answer to Complaint.pdf | 123.03 KB | |
| FILINGS | Doc 30- Defendant's Notice of Service of Expert Disclosure.pdf | 96.49 KB | |
| FILINGS | Doc 31- Motion to Quash Supoena.pdf | 188.22 KB | |
| FILINGS | Doc 31.1- Exhibit A - Supoena Duces Tecum.pdf | 388.36 KB | |
| FILINGS | Doc 32- First Motion for Sanctios.pdf | 120.32 KB | |
| FILINGS | Doc 32.1- Exhibit A - Notice of Deposition.pdf | 91.63 KB | |
| FILINGS | Doc 32.2- Exhibit B - Amended Notice of Deposition.pdf | 92.66 KB | |