E

Begin forwarded message:

**From:** Gary Mize <garymize@yahoo.com>
**Subject: Re: For Clarity**
**Date:** June 26, 2017 at 10:41:35 AM MDT
**To:** Emily Branch <emily@litmanco.com>
**Cc:** Staci M <staci.mize@gmail.com>

Yes, that is ok to use. You could change "...rely primarily on a wheelchair..." to "...rely completely on a wheelchair..." but thats up to you.

Gary and Vicki Mize

On Jun 26, 2017, at 10:31 AM, Emily Branch <emily@litmanco.com> wrote:

Hey!

Please see the email below from our in-house council, Fabian, who is preparing a response to opposing councils motion to dismiss. We would like to have this statement approved to use on any future motions. Please let me know as soon as you can if this is approved as it has to be filed today.

Thanks,

Emily
---------- Forwarded message ----------
From: "Fabian Zazueta" <fabian@litmanco.com>
Date: Jun 25, 2017 8:24 PM
Subject: For Clarity
To: "Emily Branch" <emily@litmanco.com>
Cc:

Emily,

I am drafting a response to a motion to dismiss and want to confirm the following paragraph is accurate and applicable to our local attorney's client, Vicki Mize:

Plaintiff Mize is an individual living with a disability as defined by the Americans with Disabilities Act, 42 U.S.C. Section 12181, *et seq* ("ADA"). Plaintiff Mize has severe mobility issues as a result of being diagnosed with multiple sclerosis, which renders her unable to walk and has forced her to rely primarily on a wheelchair for mobility. Additionally, Plaintiff Mize suffers from limited upper body strength, limited use of hands, and a resulting inability to operate mechanisms that require tight grasping, pinching, or twisting; thereby adding to her "disabled" status.

Please let me know if you have any thoughts or concerns.

--
Fabian Zazueta
**Litigation Management
& Financial Services, LLC**
(480) 696-1058

Begin forwarded message:

**From:** Gary Mize <garymize@yahoo.com>
**Subject: Re: Deposition of Ms. Mize [SaWaRa Sushi]**
**Date:** December 6, 2017 at 5:14:43 PM MST
**To:** Emily Branch <emily@litmanco.com>
**Cc:** Vicki Mize <mize_vicki@yahoo.com>


December 20th in the afternoon would work except that it's two hours of travel time so it would be difficult to be there any earlier than 2pm.

We would need time to spend with Lori Coulter to prepare for it as well.

Also, how much time are they asking for. We need to be careful of the physical and emotional drain on Vicki with a trip of that distance and a bunch of attorneys hammering her with questions. Excessive physical exertion and stress of that type can be very harmful to her. We would need to limit the deposition time to no more than one hour with a 5 min break after 30 mins.

Also, if they are aggressive or upsetting to her we will terminate the deposition. We are not going up there to let them beat up on her or to upset her. She is the victim here and is not on trial.

We are fully aware that depositions are routinely used by defense teams to beat up on plaintiffs, and trying to embarrass them with irrelevant personal questions and "drag them through the mud" and intimidate them into dropping the case.

Also, be aware that this is the company against which Staci filed a police report for threatening her and chasing her to her car while she was there purchasing food at the Castle Rock location and may still have a case against them


Thank you,

Gary and Vicki



Sent from my iPhone

On Dec 6, 2017, at 4:14 PM, Emily Branch <emily@litmanco.com> wrote:

> Vicki,
>
> Would the below date work for a deposition? I have already told them that if this date works for you then they will need to move it to the afternoon.
>
> Thanks,
>
> Emily

---------- Forwarded message ----------
From: **Sydney Rogers** <sydney@litmanco.com>
Date: Tue, Dec 5, 2017 at 12:37 PM
Subject: Deposition of Ms. Mize [SaWaRa Sushi]
To: Emily Branch <emily@litmanco.com>


Ms. Coulter and Opposing Counsel have set a date for a deposition on December 20th at 9:00 a.m.

Boulder County Bar Association at Broadway Suites
1942 Broadway, Boulder, Colorado


Can you please find out if Ms. Mize is available for that time/date?



Thank you!
--

Sydney Rogers, *Lead Paralegal*
**Litigation Management and Financial Services, LLC**

E-mail: sydney@litmanco.com



**Confidentiality Notice:** The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure, or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message, and all copies from your system. Thank you.

Begin forwarded message:

**From:** Sydney Rogers <sydney@adaequality.com>
**Subject: SaWaRa Sushi- Discovery Questions**
**Date:** December 11, 2017 at 2:23:21 PM MST
**To:** mize_vicki@yahoo.com, garymize@yahoo.com
**Cc:** Emily Branch <emily@litmanco.com>, Lori Coulter <lori@adaequality.com>

Mrs. Mize,

My name is Sydney Rogers, I work with both Emily and Lori Coulter, I will be assisting in some of the discovery work that is due very shortly. I wanted to go over a few questions regarding the SaWaRa Sushi case. Please answer the following honestly and to the best of your ability. (some will be typed and some will be copied and pasted from what the Defendant sent us). If you don't know the answer or it is not applicable, it is okay to just put that.

Is SaWaRa Sushi a place you frequent often, and if so, is there a particular reason?

How many times do you think you have been there?

Who accompanied you on your visit, November 29, 2016 (the date listed on the filed complaint).

DESCRIBE YOUR current work, including employer, job title, and work schedule.

DESCRIBE IN DETAIL how YOU learned about LitMan and/or ADA Equality.
DESCRIBE IN DETAIL how YOU were solicited or came to participate as a Plaintiff in this Lawsuit, or in ADA lawsuits generally.
DESCRIBE IN DETAIL how YOU learned about the SUBJECT PROPERTY and decided to visit SUBJECT PROPERTY.

DESCRIBE IN DETAIL your visit to SUBJECT PROPERTY on November 29, 2016, including who accompanied YOU, why YOU went to the SUBJECT PROPERTY, how YOU entered, what YOU purchased there, and how YOU exited.

DESCRIBE IN DETAIL any visits YOU have made to the SUBJECT PROPERTY since November 29, 2016, including, but not limited to, who was with YOU during each visit, the purpose of each visit, YOUR activity at the SUBJECT PROPERTY during each visit, whether YOU made any purchase during each visit, and what those purchases consisted of.
- Our records indicate that you were at SaWaRa Sushi again on August 22, 2017 (there was a second inspection and photographs)


DESCRIBE IN DETAIL each communication YOU have had with LitMan and/or ADA Equality, including, but not limited to, the substance of each communication, the date of each communication, the identity of every person who participated in each communication, and the method of each communication (ie. email, text message, telephone call, social media post, etc.).

DESCRIBE IN DETAIL any Compensation YOU have received, hope to receive, or expect to receive from LitMan and/or ADA Equality.

DESCRIBE IN DETAIL any Compensation YOU have received, hope to receive, or expect to receive from any entity or individual for participating as a Plaintiff in this Lawsuit.

DESCRIBE IN DETAIL the circumstances under which you would receive Compensation for participating as a Plaintiff in this Lawsuit, including the potential amounts of that Compensation, how YOUR Compensation would be determined, and the person or entity who would provide YOUR Compensation.

The next portion is "Requests for Production of Documents," please let me know if you have and/or can produce any of the following:

-a copy of your driver's license

- any documents relating to your right to park in a handicap accessible parking space

- all documents relating to your sources of financial income in 2016 and 2017

- all documents relating to money that you received, either directly or indirectly, in 2016 and 2017 which relate to lawsuits filed in your name

Please note, that we plan on objecting to most if not all questions, but will need the information. Please let me know if you have any questions. I apologize for the short notice, and thank you in advance for your cooperation.

Respectfully,

**Sydney Rogers**
*Paralegal to Lori J. Coulter*
**The Law Office of Lori J. Coulter, LLC**
sydney@adaequality.com

**Confidentiality Notice**: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure, or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message, and all copies from your system. Thank you.